F I L E D
NOV 1 3 2007  rg
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **JUDGE COAR** |
| ) | **07CR  747** |
| v. ) | |
| ) | Violation: Title 18, United States |
| JERROD SANDERS ) | Code, Section 922(g)(1) |

**MAGISTRATE JUDGE COLE**

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about July 14, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

JERROD SANDERS,

defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Hi-Point 9mm semi-automatic handgun, model C9, serial number P102541, loaded with six live rounds of ammunition, which firearm was in or affecting interstate commerce in that it had been transported in interstate commerce,

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

1. The allegations contained in this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Sections 922(g)(1) as alleged in the foregoing Indictment,

JERROD SANDERS,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) includes a Hi-Point 9mm semi-automatic handgun, model C9, serial number P102541, and six live rounds of ammunition;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY