Minute Order Form (rev. 4/99)    COLE    07CR    747

**MAGISTRATE JUDGE COLE**    United States DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE COAR. | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 GJ 956 | DATE | NOVEMBER 13, 2007 |
| CASE TITLE | US v. JERROD SANDERS | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL AUGUST 2006-1** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge  *Nan R. Nolan*

**Docket Entry:**

NO BOND SET, DETAINED BY MAGISTRATE.

**FILED**
11-13-07
NOV 13 2007    rq

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | DOCKET# |
| Notices mailed by judge's staff. | | | Date docketed |
| Notified counsel by telephone. | | | Docketing |
| Docketing to mail notices. | | | dpty. initials |
| Mail AO 450 form. | | | Date mailed notice |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | Mailing dpty. initials |