UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                            ) | No.  07 CR 747 |
| ) | Hon David H. Coar |
| JERROD SANDERS          ) | |

O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

      Name:          Jerrod Sanders
      Date of Bir
      Sex:
      Race:
      Prisoner No

has been and now is, in due process of law, incarcerated in the following institution:

      Stateville Correctional Center
      Route 53
      Joliet, IL 60434;

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 922(g)(1); and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 9:45 a.m. on November 19, 2007, for arraignment before Judge David H. Coar, Courtroom 1478; and that said defendant should remain in the custody of the United States Marshal's Service pending further prosecution on the federal charge,

IT IS THEREFORE ORDERED that the following persons:

1

UNITED STATES MARSHAL           WARDEN
Northern District of Illinois   Stateville Correctional Center
Chicago, Illinois               Joliet, Illinois

bring or cause to be brought to the United States Courthouse, Chicago, Illinois, the body of the said prisoner who is now incarcerated as aforesaid, on said date and at said time, and for subsequent federal prosecution in the custody of the United States Marshal's Service; and that after the conclusion of the federal criminal prosecution, the prisoner then be returned forthwith to said institution from which he was brought; and that a Writ of Habeas Corpus Ad Prosequendum directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
JUDGE

DATED at Chicago, Illinois
this 15th day of November, 2007