UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  07 CR 747 |
| | ) | Hon. David H. Coar |
| JERROD SANDERS | ) | |

F I L E D
11-16-07
NOV 1 6 2007
Judge David H. Coar
United States District Court

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

　　　　Name:　　　　　　Jerrod Sanders
　　　　Date of Birth:
　　　　Sex:
　　　　Race:
　　　　Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

　　　　Stateville Correctional Center
　　　　Route 53
　　　　Joliet, IL 60434

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Section 922(g)(1), and is now wanted in such division and district on Wednesday, November 28, 2007, at 9:45 a.m., for arraignment before this Court, in Courtroom 1478, and for further prosecution on the pending indictment.

WHEREFORE, your petitioner prays for an Order directing the

1

issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>Northern District of Illinois<br>Chicago, Illinois | WARDEN<br>Stateville Correctional Center<br>Joliet, Illinois |

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ; and that when these proceedings have been so terminated, that defendant Jerrod Sanders be remanded to the custody of the United States Marshal's Service pending further prosecution on the federal charge; and that when that prosecution is concluded, he be returned forthwith to said institution from which he was brought.

Dated: November 16, 2007

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Julie B. Ruder*
JULIE B. RUDER
Assistant U. S. Attorney

2