## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 747-1 | **DATE** | November 19, 2007 |
| **CASE TITLE** | United States of America vs. Jerrod Sanders | | |

**DOCKET ENTRY TEXT:**

Petition for Writ of Habeas Corpus Ad Prosequendum is Granted. Order Writ of Habeas Corpus Ad Prosequendum issued as to Jerrod Sanders returnable on November 28, 2007 at 9:45 a.m. ENTER ORDER.

■[For further particulars see attached order]

Docketing to mail notices.

WritsIssued

NOV 2 0 2007

| | Courtroom Deputy Initials: | PAM. |
|---|---|---|