## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 747 - 1 | **DATE** | 11/28/2007 |
| **CASE TITLE** | USA vs. Jerrod Sanders | | |

**DOCKET ENTRY TEXT:**

Initial appearance held on 11/28/2007.   Arraignment and Plea held on 11/28/2007.   Defendant appeared with counsel and waived reading of the Indictment and entered a plea of not guilty to the Indictment. Enter order appointing Counsel. Leave granted Imani Chipe to file appearance on behalf of the defendant. Local Criminal Rule 16.1 to be tendered by 11/29/2007. The defendant is given to 1/07/2008 to file motions; Responses by the Government to be filed by 1/18/2008. Hearing on any motion and Status hearing set for January 25, 2008 at 9:30 a.m. Defendant is detained pending further order of the Court.   Per order of 11/19/2007, Jerrod Snaders will remain in federal custody.    Defendant remanded to the custody of the U.S. Marshal.      Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 1/25/2008  (X-T).

Court time - 7 mins.                                                                                           Docketing to mail notices.

| | Courtroom Deputy | PAMF |
|---|---|---|