# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 747-1 | **DATE** | 1/25/2008 |
| **CASE TITLE** | U.S.A. vs. Jerrod Sanders | | |

**DOCKET ENTRY TEXT:**

Status hearing held on 1/25/2008. *Brady, Jencks, Gigilo* materials, 404(b) materials/disclosures, and any other disclosures to be provided by 4/28/2008. All Pretrial list of witnesses to be filed by 4/28/2008. Any Motions in Limine to be filed by 3/27/2008. Proposed Jury instructions, voir dire questions and summary of indictment to be submitted/filed on or before 4/28/2008. Status hearing continued to 2/29/2008 at 10:00 a.m. The trial is set for May 7, 2008 at 10:00 a.m. a.m. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 5/7/2008 (X-T).

Docketing to mail notices.

00:08 mins

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|