**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                    Case No.: 1:07−cr−00747
                                                    Honorable David H. Coar

Jerrod Sanders

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge David H. Coar : Pursuant to the request of the parties, the status date of 2/29/2008 is stricken. The parties will call the Courtroom Deputy to schedule a change of pleas if needed. Parties to revert to the trial schedule.Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.