UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 CR 747 |
| v. | ) | |
| | ) | Judge David H. Coar |
| JERROD SANDERS | ) | |

**ATTORNEY APPEARANCE**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney


                By:   s/ Steven A. Block
                      STEVEN A. BLOCK
                      Assistant United States Attorney
                      219 South Dearborn Street
                      Chicago, Illinois 60604
                      (312) 886-7647

April 10, 2008

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**ATTORNEY APPEARANCE**

was served on April 11, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                                        s/Steven A. Block
                                        STEVEN A. BLOCK
                                        Assistant United States Attorneys
                                        219 South Dearborn
                                        Chicago, Illinois  60604
                                        (312) 886-7647