**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                    Case No.: 1:07−cr−00747
                                                        Honorable David H. Coar

Jerrod Sanders

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable David H. Coar − as to Jerrod Sanders: Pursuant to the request of the parties the trial date of 5/7/2008 is stricken. The trial will be reset by the Court. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.