UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 747 |
| | ) | Hon. David H. Coar |
| JERROD SANDERS | ) | |

**NOTICE OF MOTION**

To:   Counsel of Record
      (By ECF Filing)

Please take notice that at 9:00 a.m. on Monday, June 23, 2008, before the Hon. David H. Coar, Courtroom 1419, or as soon thereafter as the Court is available, the United States will present its Unopposed Motion to Confirm Trial Date and Exclusion of Time.

Dated:  June 18, 2008                    Respectfully submitted,

                                         PATRICK J. FITZGERALD
                                         United States Attorney

                             By:   s/ Julie B. Ruder
                                         JULIE B. RUDER
                                         Assistant United States Attorney
                                         219 South Dearborn Street
                                         Chicago, Illinois 60604
                                         (312) 886-1317

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

Notice of Motion

was served on June 18, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/ Julie B. Ruder
JULIE B. RUDER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 886-1317
