UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 747 |
| v. | ) | Hon. David H. Coar |
| | ) | |
| JERROD SANDERS | ) | |

**GOVERNMENT'S UNOPPOSED MOTION
TO CONFIRM TRIAL DATE AND EXCLUSION OF TIME**

The UNITED STATES OF AMERICA, by and through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves the Court to confirm the trial date in this case, and to confirm that time has been excluded since the previously set trial date. In support of its motion, the government states as follows:

1.  Defendant Jerrod Sanders was indicted on November 13, 2007 for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).

2.  On January 25, 2008, this Court scheduled the case for a trial, which was set to begin May 7, 2008. (Docket No. 14) Pursuant to the Order, time was excluded through and including May 7, 2008.

3.  Before the scheduled trial date, defense counsel requested that the trial date be reset to accommodate one of defendant's trial counsel. The government agreed to the request, and on May 5, 2008, the Court struck the May 7, 2008 trial date. (Docket No. 17) The minute order states, "The trial will be reset by the Court."

4.  Subsequently, government and defense counsel have communicated with this Court's deputy clerk concerning an alternate trial date. The government remains available on August 25, 2008, a date proposed by the clerk, if that date is still available to the Court.

5. The government requests that in order to prepare for trial and to ensure witnesses' availability, the Court enter an Order setting a trial date for this case.

6. In addition, the government asks the Court to enter an Order *nunc pro tunc*, confirming that time has continued to be excluded from May 7, 2008 (the previously set trial date) through and including the new trial date.

7. The government has consulted with defense counsel of record concerning this motion, and there is no objection to this motion.

Dated:  June 18, 2008					Respectfully submitted,

						PATRICK J. FITZGERALD
						United States Attorney


					By:	s/ Julie B. Ruder
						JULIE B. RUDER
						STEVEN A. BLOCK
						Assistant United States Attorney
						219 South Dearborn Street
						Chicago, Illinois 60604
						(312) 886-1317

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

Government's Unopposed Motion to Confirm Trial Date and Exclusion of Time

was served on June 18, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                    s/ Julie B. Ruder
                                                    JULIE B. RUDER
                                                    STEVEN A. BLOCK
                                                    Assistant United States Attorneys
                                                    219 South Dearborn Street
                                                    Chicago, Illinois
                                                    (312) 886-1317