UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                  Plaintiff,

v.                                                   Case No.: 1:07−cr−00747
                                                     Honorable David H. Coar

Jerrod Sanders
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

   MINUTE entry before the Honorable David H. Coar − as to Jerrod Sanders (1): Unopposed MOTION by USA to Confirm Trial Date and Exclusion of Time as to Jerrod Sanders will be heard by Judge Kennelly in courtroom # 2103on 6/23/2008 at 09:30 AM. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.