## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 747 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA vs. Jerrod Sanders | | |

**DOCKET ENTRY TEXT**

Defendant's motion to confirm trial date and for exclusion of time is granted. Jury trial before Judge Coar, set for 8/25/2008 at 10:00 AM. Ordered time exluded from 5/7/2008 through 8/25/2008, in the interest of justice, pursuant to 18 U.S.C. 3161 (h)(8)(I). (X-T1)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|