IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 747 |
| | ) | Judge David H. Coar |
| JERROD SANDERS, | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Julie B. Ruder
      Assistant United States Attorney
      219 S. Dearborn St., 5th Floor
      Chicago, Illinois 60604

PLEASE TAKE NOTICE that on Wednesday, August 13, 2008 at 9:00 a.m., in Courtroom 1478, we shall appear before the Honorable David H. Coar, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

–   **JERROD SANDERS' MOTION TO SUPPRESS STATEMENTS**

                              Respectfully submitted,

                              FEDERAL DEFENDER PROGRAM
                              Terrence F. MacCarthy
                              Executive Director

                              By:   s/*Imani Chiphe*
                                    Imani Chiphe
                                    Attorney for Defendant

IMANI CHIPHE
FEDERAL DEFENDER PROGRAM
55 E. MONROE ST. SUITE 2800
CHICAGO, ILLINOIS 60603
(312) 621-8349