**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                       Case No.: 1:07−cr−00747
                                                         Honorable David H. Coar

Jerrod Sanders

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable David H. Coar − as to Jerrod Sanders (1): Motion hearing held on 8/13/2008 regarding motion to suppress [22]. Motion to suppress [22] is entered and continued for suppression hearing on 8/25/2008 at 10:00 a.m. Motion Hearing set for 8/25/2008 at 10:00 AM. The trial will start on 8/25/2008 at 1:30 p.m. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.