UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 747 |
| v. | ) | Hon. David H. Coar |
| | ) | |
| JERROD SANDERS | ) | |

## GOVERNMENT'S STATEMENT OF THE CASE

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits the following statement of the case:

Defendant Jerrod Sanders is charged in the indictment with knowingly possessing a firearm that had traveled in interstate commerce, after defendant had been convicted of a felony.

The defendant has denied that he is guilty of this charge.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:    s/ Julie B. Ruder
        JULIE B. RUDER
        STEVEN A. BLOCK
        Assistant United States Attorneys
        219 S. Dearborn Street
        Chicago, Illinois  60604
        (312) 886-1317

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

Government's Statement of the Case

was served on August 13, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    s/ Julie B. Ruder
    JULIE B. RUDER
    STEVEN A. BLOCK
    Assistant United States Attorneys
    219 South Dearborn Street
    Chicago, Illinois
    (312) 886-1317