UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 747 |
| | ) | Hon. David H. Coar |
| | ) | |
| JERROD SANDERS | ) | |

## GOVERNMENT'S PROPOSED WITNESS LIST

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, may call the following witnesses in its case-in-chief, listed in alphabetical order:

Hamilton Beal

Elias Cooley

Herbert Keeler

Michael Kocanda

Jeffrey Marshall

Tyrone Pendarvis

Lionel Piper

Linda Robinson

Daphne Stewart-Green

Joshua Wallace

Dated: August 20, 2008    Respectfully submitted,

         PATRICK J. FITZGERALD
         United States Attorney

By:   <u>s/ Julie B. Ruder               </u>
      JULIE B. RUDER
      STEVEN A. BLOCK
      Assistant United States Attorneys
      Dirksen Federal Building
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois 60604
      (312) 353-5300

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

Government's Proposed Witness List

was served on August 20, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

          s/ Julie B. Ruder
          JULIE B. RUDER
          STEVEN A. BLOCK
          Assistant United States Attorneys
          219 South Dearborn Street
          Chicago, Illinois
          (312) 886-1317