IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 747 |
| | ) | Judge David H. Coar |
| JERROD SANDERS, | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:  Julie B. Ruder
     Assistant United States Attorney
     219 S. Dearborn St., 5th Floor
     Chicago, Illinois 60604

Please take notice that on this 25th day of Augst, 2008, the undersigned filed the following document(s) in the above-captioned cause, a copy of which is attached hereto.

– DEFENDANT SANDERS' LIST OF POTENTIAL WITNESSES

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　FEDERAL DEFENDER PROGRAM
　　　　　　　　　　　　　　　　　Terrence F. MacCarthy
　　　　　　　　　　　　　　　　　Executive Director

　　　　　　　　　　　　　　　　　By: _s/Imani Chiphe_____
　　　　　　　　　　　　　　　　　　　　　Imani Chiphe


　　　　　　　　　　　　　　　　　By: _s/Daniel J. Hesler_____
　　　　　　　　　　　　　　　　　　　　　Daniel J. Hesler

IMANI CHIPHE
FEDERAL DEFENDER PROGRAM
55 E. MONROE ST. SUITE 2800
CHICAGO, ILLINOIS 60603
(312) 621-8300

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 747 |
| v. | ) | |
| | ) | Judge David H. Coar |
| JERROD SANDERS | ) | |

**DEFENDANT SANDERS' LIST OF POTENTIAL WITNESSES**

Defendant Jerrod Sanders, by the Federal Defender Program and its attorneys, Imani Chiphe and Daniel Hesler, hereby submits the list of persons who may be mentioned and/or potentially called as witnesses during trial:

| | | |
|---|---|---|
| Hamilton Beal | (ATF) | Daphne Stewart-Green |
| Michael Kocanda | (CPD) | Elias Cooley |
| Joshua Wallace | (CPD) | Deborah Wren |
| Tyrone Pendarvis | (CPD) | Elhajamin Young |
| Lionel Piper | (CPD) | Anthony Hutcherson |
| Ronald Coleman | (CPD) | Linda Robinson |
| Gia Czubak | (CPD) | Arnold Ford |
| David Showers | (CPD) | Pamela Madden |
| Jeffrey West | (CPD) | Barbara Hull |
| John Hroma | (CPD) | Kelly Connor |
| Arthur Joblonski | (CPD) | Peggy Washington |
| Keith Milmine | (CPD) | Yolanda Mitchell |
| Haytham Mohammad | (CPD) | Darryl Rogers |
| Felipe Garcia | (CPD) | Denise Hudson |
| George Devereux | (CPD) | Linda Alexander |
| Herbert Keeler | (CPD) | Sheri Lee |

| | |
|---|---|
| Mike Medina | (FDP) |
| Mary Espejo | (FDP) |
| Pedro Alfaro | (FDP) |

 

          Respectfully submitted,

             FEDERAL DEFENDER PROGRAM
             Terence F. MacCarthy
             Executive Director


          By: s/*Imani Chiphe*

          By: s/*Daniel J. Hesler*
             Daniel J. Hesler


IMANI CHIPHE
DANIEL HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8300

## CERTIFICATE OF SERVICE

The undersigned, Imani Chiphe , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**DEFENDANT SANDERS' LIST OF POTENTIAL WITNESSES**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on August 25 , 2008, to counsel/parties that are non-ECF filers.

By:   s/*Imani Chiphe*
IMANI CHIPHE
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8349