# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                Case No.: 1:07−cr−00747
                                              Honorable David H. Coar

Jerrod Sanders

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable David H. Coar − as to Jerrod Sanders (1): Motion hearing held on 8/25/2008 regarding motion to suppress[22]. For the reasons stated on the record, MOTION by Jerrod Sanders to suppress statements [22] is denied as to statements made at the police station and as to Sander's response to the question − whether there are any other firearms around and granted as to the defendant's statement − I was going to tell you, I was going to tell you. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.