IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 747 |
| | ) | Judge David H. Coar |
| JERROD SANDERS, | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Julie B. Ruder
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604

Please take notice that on this 25th day of August, 2008, the undersigned filed the following document(s) in the above-captioned cause, a copy of which is attached hereto.

– JERROD SANDERS' PROPOSED STATEMENT OF THE CASE

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terrence F. MacCarthy
Executive Director

By: _s/Imani Chiphe_____
Imani Chiphe


By: _s/Daniel J. Hesler_____
Daniel J. Hesler


IMANI CHIPHE
FEDERAL DEFENDER PROGRAM
55 E. MONROE ST. SUITE 2800
CHICAGO, ILLINOIS 60603
(312) 621-8300

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 747 |
| | ) | Judge David Coar |
| JERROD SANDERS, | ) | |
| Defendant. | ) | |

JERROD SANDERS'
PROPOSED STATEMENT OF THE CASE

Defendant JERROD SANDERS, by the Federal Defender Program and its attorney(s) IMANI CHIPHE and DANIEL HESLER respectfully submits to the Court the following Proposed Statement of the Case:

In this case it is charged that on or about July 14, 2007, Jerrod Sanders was illegally in possession of a handgun after having been convicted of a crime punishable by imprisonment for a term exceeding one year. Mr. Sanders denies that he was in possession of this handgun. During trial, the prosecution must prove the charge beyond a reasonable doubt. Mr. Sanders has pleaded not guilty to the charge and, under the law, is presumed innocent.

                                      Respectfully submitted,

                                      FEDERAL DEFENDER PROGRAM
                                      Terence F. MacCarthy
                                      Executive Director


                                    By: *s/Imani Chiphe*
                                         Imani Chiphe

IMANI CHIPHE
FEDERAL DEFENDER PROGRAM
55 E. Monroe St.
Suite 2800
Chicago, IL  60603
(312) 621-8349

## CERTIFICATE OF SERVICE

The undersigned, Imani Chiphe , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

JERROD SANDERS' PROPOSED STATEMENT OF THE CASE

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on August 25 , 2008, to counsel/parties that are non-ECF filers.

By:   s/*Imani Chiphe*
        IMANI CHIPHE
        FEDERAL DEFENDER PROGRAM
        55 E. Monroe St., Suite 2800
        Chicago, Illinois 60603
        (312) 621-8349