IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 07 CR 747 |
| v. | ) |
| | ) Judge David H. Coar |
| JERROD SANDERS | ) |

FILED
8-22-08
AUG 22 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EX PARTE APPLICATION FOR ISSUANCE
OF SUBPOENA(S) AND/OR SUBPOENA(S)
DUCES TECUM IN FORMA PAUPERIS

JERROD SANDERS, by the Federal Defender Program and its attorneys Imani Chiphe and Daniel Hesler, pursuant to Rules 17(b) and (c) of the Federal Rules of Criminal Procedure, respectfully requests this Honorable Court to order any and all subpoenas which said defendant shall require during the course of the proceedings, and in support thereof states:

1. Petitioner is a defendant in the above captioned case. Defendant has previously been found to be indigent by this Court.

2. The defendant is, at the present time, financially unable to pay the fees of witnesses.

3. The production of certain witnesses and documents for which the subpoena power of this Court may be essential to the preparation and

presentation of the defendant's case at any evidentiary hearing, trial, and, if necessary, sentencing.

  4. It is furthermore requested that any subpoened defense witnesses should be compensated for their normal travel an expenses in the same manner that witnesses subpoened by the government are.

  WHEREFORE, the defendant prays that this Honorable Court issue an order waiving the costs and fees incurred in the service of process and the appearance of witnesses.

           Respectfully submitted,

           FEDERAL DEFENDER PROGRAM
           Terence F. MacCarthy
           Executive Director

           By: _____
              Daniel J. Hesler

DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8347