## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 747 - 1 | **DATE** | 8/27/2008 |
| **CASE TITLE** | U.S.A vs. JARROD SNADERS | | |

**DOCKET ENTRY TEXT**

Jury Trial held.   Jury deliberation began.

Docketing to mail notices.

04:00

| | Courtroom Deputy Initials: | `PAMF |
|---|---|---|