# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 747 - 1 | **DATE** | 8/27/2008 |
| **CASE TITLE** | U.S.A vs. JERROD SNADERS | | |

**DOCKET ENTRY TEXT**

Jury returns verdict against defendant Jerrod Sanders. "We, the jury, find the defendant, Jerrod Sanders guilty" Trial ends - jury. Post trial motions to be filed by 10/15/2008. Order cause referred to Probation for presentence investigation report. Sentencing hearing set for November 12, 2008 at 9:30 a.m.

Docketing to mail notices.

00:10 mins

| | Courtroom Deputy Initials: | `PAMF |
|---|---|---|